An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESUS ALBERTO CASTANEDA,
Appellant,
vs.
ELAINNE ZHELEZNYAK,
Respondent.

No. 63834

**FILED**

MAY 19 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a post-divorce decree district court order granting respondent's motion to relocate with the parties' minor children. Eighth Judicial District Court, Clark County; Jack B. Ames, Judge.[1]

The parties share joint legal custody of their two minor children with respondent having primary physical custody and appellant having visitation under the amended divorce decree. The district court granted respondent's motion to relocate with the children to California. Having considered the parties' arguments and the record before this court, we conclude that the district court did not abuse its discretion in granting respondent's motion. *See Wallace v. Wallace*, 112 Nev. 1015, 1019-20, 922 P.2d 541, 543 (1996) (providing that this court reviews a child custody decision for an abuse of discretion); *Schwartz v. Schwartz*, 107 Nev. 378,

---

[1]We have determined that oral argument is unnecessary in this matter and we decide this appeal based on the briefs and record before this court. *See* NRAP 34(f)(1).

SUPREME COURT
OF
NEVADA

(O) 1947A

15-15350

382-83, 812 P.2d 1268, 1271 (1991) (setting forth the relocation standards). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Parraguirre

_____, J.          _____, J.
Douglas                              Cherry

cc:    Chief Judge, The Eighth Judicial District Court
       Hon. Jack B. Ames, Senior Judge
       Benjamin B. Childs
       Prokopius & Beasley
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A